IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>  Defendant. | Case No. _____<br><br><br><br><br>**NOTICE OF REMOVAL** |

Defendant, Brotherhood Mutual Insurance Company ("BMIC"), hereby gives notice of the removal of this action pursuant to 28 U.S.C. § 1441 *et seq.* and Local Rule 81. Removal is in accordance with 28 U.S.C. § 1441 *et seq.*, as this Court would have had diversity jurisdiction over this action under 28 U.S.C. § 1332(a). In support of its Notice of Removal, BMIC states as follows:

1. Plaintiff, Legacy Baptist Church, commenced a civil action on January 31, 2023, captioned *Legacy Baptist Church, an Iowa nonprofit corporation, Plaintiff vs. Brotherhood Mutual Insurance Company, Defendant,* in the Iowa District Court for Scott County, Case No. EQCE135837 (the "State Court Action").

2. BMIC has reviewed the state court's docket and determined that the following attached process and pleadings have been filed:

- Petition for Declaratory Relief and Supplemental Relief and Jury Demand
- Original Notice
- Appearance of J. Michael Weston (for Defendant)
- Appearance of Jessica L. McNamara (for Defendant)
- Notice of Civil Trial Setting Conference

3. Plaintiff served BMIC copies of Plaintiff's Petition and Original Notice on February 3, 2023, through its registered agent. Service was BMIC's first notice of the suit. In accordance with 28 U.S.C. § 1446(b), BMIC timely filed this Notice of Removal within 30 days of its receipt of Plaintiff's Petition.

4. In the State Court Action, as set forth in the Petition, Plaintiff claims that BMIC breached the applicable insurance contract and breached a duty of good faith as a result of not paying all or part of Plaintiff's claim for property damage from an April 7, 2020 hail storm, and requests declaratory relief for the Court to appoint a competent and impartial umpire to allow the appraisal process to proceed.

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 for the reasons set forth below:

    a. **Complete diversity exists**. The following statements were true on the date that Plaintiff filed its Petition (January 31, 2023) and on the date that BMIC filed its Notice of Removal (March 3, 2023):

        1. Plaintiff is a church and an Iowa nonprofit corporation with its principal place of business located at 4823 Jersey Ridge Road in Davenport, Scott County, Iowa. (Plaintiff's Petition, ¶¶ 1 and 2).

        2. Plaintiff is a citizen of the State of Iowa.

        3. Defendant Brotherhood Mutual Insurance Company ("BMIC") is a property and casualty insurance company incorporated in the State of Indiana with its principal place of business in Fort Wayne, Indiana. (Plaintiff's Petition, ¶ 3). BMIC is a citizen of the State of Indiana. *See* 28 U.S.C. § 1332(c)(1) (a corporation is a

citizen of the state of its incorporation and the state of its principal place of business).

b. **The amount in controversy exceeds $75,000.00.**  Based on the content of Plaintiff's Petition and its knowledge of the claim, BMIC believes in good faith that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. BMIC satisfies its burden to prove that the amount in controversy exceeds $75,000.00 even though an amount of compensatory damages is not specified in Plaintiff's Petition. *See Kaufman v. Costco Wholesale Corp.*, 571 F.Supp.2d 1061, 1063 (D. Minn. 2008) (*citing In re Minn. Mut. Life Ins. Co. Sales Practices Litig.*, 346 F.3d 830, 834 (8th Cir. 2003) (Where the Plaintiff does not allege a specific amount in the complaint, the removing party bears the burden of proving, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.00).

The amount in controversy is measured by the "value to the plaintiff of the right sought to be enforced." *Advance Am. Servicing of Ark. V. McGinnis*, 526 F.3d 1170, 1173 (8th Cir. 2008). *See also Hatridge v. Aetna Cas. & Surety Co.*, 415 F.2d 809, 815 (8th Cir. 1969) (the amount in controversy is the amount that the complainant seeks to recover or the sum that defendant will lose if the complainant wins the suit). In other words, the amount in controversy is the amount that Plaintiff will seek from a jury. Plaintiff will seek an amount greater than $75,000.00 in this case. Upon information and belief Plaintiff will seek in excess of $490,000 in damages. Plaintiff also seeks damages for bad faith, including punitive damages. Although BMIC denies that its conduct warrants punitive damages, punitive damages may be recoverable for bad faith. *See Pogge v. Fullerton Lumber Co.*, 277 N.W.2d 916, 920 (Iowa 1979); *Stahl v. Preston Mut. Ins. Ass'n*, 517 N.W.2d 201, 203 (Iowa 1994). Punitive damages may be multiples of any compensatory damages awarded. "Punitive damages are included in determining the amount in

controversy for diversity jurisdiction purposes." *Varboncoeur v. State Farm Fire and Cas. Co.*, 356 F.Supp.2d 935 (S.D. Iowa 2005) (Order on Motion to Remand) (*citing Missouri ex rel. Pemiscot Co. v. Western Sur. Co.*, 51 F.3d 170, 173 (8th Cir. 1995); *See also Crawford v. F. Hoffman-La Roche Ltd.*, 267 F.3d 760, 766 (8th Cir. 2001) ("Punitive damages, of course, may be used to establish diversity jurisdiction"). Therefore, when compiling all Plaintiff's claims against BMIC, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

WHEREFORE, the Defendant, Brotherhood Mutual Insurance Company, hereby removes the State Court Action pending as Case No. EQCE135837 in the Iowa District Court for Scott County to this Honorable Court.

**LEDERER WESTON CRAIG PLC**

By: /s/ *J. Michael Weston*
J. Michael Weston          AT0008405
118 Third Avenue SE, Suite 700
P.O. Box 1927
Cedar Rapids, IA  52406-1927
Phone:  (319) 365-1184
Fax:     (319) 365-1186
E-mail:  mweston@lwclawyers.com

Jessica L. McNamara          AT0013092
LEDERER WESTON CRAIG PLC
4401 Westown Parkway, Suite 212
West Des Moines, IA  50266
Telephone:  (515) 224-3911
Fax:           (515) 224-2698
E-mail:  jmcnamara@lwclawyers.com

**ATTORNEYS FOR DEFENDANT
BROTHERHOOD MUTUAL INSURANCE
COMPANY**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 3, 2023, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Southern District of Iowa, Eastern Division and that a true copy of the foregoing instrument was served upon all parties in interest to the above-entitled cause by *electronic* mail to each party at each party's respective e-mail address. The parties in interest referred to above are:

> **ATTORNEY FOR PLAINTIFF:**
> Keisha N. Douglas
> E-mail:  kdouglas@califf.com

Executed on March 3, 2023, in Cedar Rapids, Iowa.

        */s/ J. Michael Weston*
        J. Michael Weston