E-FILED  2023 JAN 31 11:29 AM SCOTT - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation,<br><br>   Petitioner,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>   Defendant. | Case No.<br><br>PETITION FOR DECLARATORY RELIEF AND SUPPLEMENTAL RELIEF AND JURY DEMAND |

NOW COMES Petitioner, LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation ("Legacy"), by and through its attorneys, CALIFF & HARPER, P.C., and for its Petition for Declaratory Relief and Supplemental Relief and Jury Demand ("Petition"), states as follows:

## THE PARTIES

1. Legacy is an Iowa nonprofit corporation with its principal place of buisness located in Davenport, Iowa.

2. During all relevant times, Legacy owned an interest in the real estate and improvements commonly known as 4823 Jersey Ridge Road, Davenport, Iowa, Parcel No. N0753-02E ("Subject Property").

3. The Defendant, BROTHERHOOD MUTUAL INSURANCE COMPANY ("BMIC"), during all material times was and is an insurance company organized under the laws of the State of Indiana, with its principal place of business located in Fort Wayne, Indiana.

## JURISDICTION AND VENUE

4. This is a suit for a declaratory relief and supplemental relief, pursuant to Iowa R. Civ. P. 1.1101, 1.1102 and 1.1106.

001

5. Venue is proper in this District, pursuant to Iowa Code § 616.10 because Scott County is the county in which the loss to the insured, Legacy, occurred.

## RELEVANT FACTS

6. BMIC issued a written policy of insurance to Legacy for the Subject Property, effective February 5, 2020 through February 5, 2023, which policy was assigned Policy No. 14M5A0497041 ("Policy").

7. By its express terms and conditions, the Policy provides coverage for direct physical losses to the Subject Property caused by, among other things, windstorm and hail.

8. By securing such Policy from BMIC, it was the intent of Legacy to purchase the peace of mind that, should the Subject Property be damaged or destroyed by any of the insured events described in the Policy, including windstorm or hail, Legacy would be made whole by the insurer, BMIC.

9. The Policy contains an appraisal clause, which states:

> 1. **Appraisal:** If you and we do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal. If either makes a written demand for appraisal, each selects a competent, independent appraiser and notifies the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the property is located to select an umpire. The appraisers will then determine and state separately the amount of each loss. The appraisers also determine the actual cash value of covered property items at the time of the loss, if requested.
>
> A written agreement is binding on all parties. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three is binding on all parties.

> Each appraiser is paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by you and us.
>
> If there is an appraisal, we retain our right to deny the claim.

10. On or about April 7, 2020, as reported and confirmed by the National Weather Service Storm Prediction Center, severe thunderstorms developed along a cold front that dropped south across eastern Iowa and northwest Illinois with occasional lightning, heavy downpours, and very large hail were reported; the hardest hit areas were the north eastside of Cedar Rapids and the Iowa side of the Quad Cities where ping pong ball to baseball sized hail fell in a short amount of time.

11. The Subject Property was directly damaged by the April 7, 2020 weather event, which damaged, among other things, the Subject Property's roof and siding.

12. Upon discovery of the storm damage, Legacy provided prompt notice to BMIC of its loss, which BMIC assigned Claim No. 0610751 ("Claim").

13. After BMIC's inspection of the Subject Property, BMIC issued a letter to Legacy offering to cover only a portion of the storm damage to the Subject Property proximately caused by the April 7, 2020 weather event.

14. Thereafter, Legacy caused to be issued an appraisal demand to BMIC, informing BMIC of Legacy's appointed appraiser, Brad Roberts, and requesting BMIC to appoint an appraiser, pursuant to the Policy.

15. BMIC designated Robert Danielson as its appraiser.

16. The parties' appraisers communicated regarding selection of an umpire and discussed use of Chad Davis as an umpire.

17. However, Chad Davis never provided a proposed umpire agreement or fee schedule to the parties' appraisers for appropriate consideration.

18. Upon information and belief, via a telephone conversation with the appraisers and proposed umpire, Mr. Davis communicated his flat fee of $1,500.

19. Thereafter, Legacy's appraiser requested written confirmation from Mr. Davis of his fee(s) for services as an umpire as to the Claim, which Mr. Davis failed to provide.

20. Upon information and belief, the parties' appraisers discussed selection of another umpire.

21. Upon information and belief, more than 15 days have passed and the parties' appraisers have been unable to agree as to selection and cost of an umpire.

22. To the extent any contractual limitation period may be included in the Policy, BMIC has waived such contractual limitation period because, among other things, it continued to engage in settlement of the Claim and the appraisal process through and after the expiration of the contractual limitation period.  See, e.g., Scheetz v. IMT Ins. Co. (Mut.), 324 N.W. 2d 302, 303-305 (Iowa 1982).

## COUNT I
DECLARATORY RELIEF

1-22. As paragraphs 1-22 of this Count I, Legacy repeats and realleges paragraphs 1-22 of this Petition, as though fully set forth herein.

23. Pursuant to the Policy, the parties' appraisers are required to select an umpire, and, if they cannot agree within 15 days, either may ask a judge of a court of record in the state where the property is located to select an umpire.

24.     Therefore, Legacy respectfully requests this Court appoint a competent, impartial umpire, pursuant to the terms of the Policy, to allow the appraisal process to proceed through which the amount of the loss for the Claim can be determined.

WHEREFORE, the Petitioner, LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation, respectfully requests this Court enter an order appointing a competent, impartial umpire to allow the appraisal process to proceed through which the amount of the loss for the Claim can be determined, as set forth in the Policy and any other relief this Court deems appropriate.

## COUNT II
SUPPLEMENTAL RELIEF – BREACH OF CONTRACT

1-22.   As paragraphs 1-22 of this Count II, Legacy repeats and realleges paragraphs 1-22 of this Petition, as though fully set forth herein.

23.     BMIC's refusal to indemnify Legacy for the losses sustained to the Subject Property by the April 7, 2020 weather event constitutes a breach of the Policy.

24.     As a direct cause of said breach, Legacy has been damaged in an amount up to the Policy limits.

25.     As a direct cause of said breach, Legacy has suffered consequential damages, including, but not limited to, appraiser fees, umpire fees, expert witness fees, attorney fees, court costs.

WHEREFORE, the Petitioner, LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation, respectfully prays for a judgment in its favor and against the Defendant BROTHERHOOD MUTUAL INSURANCE COMPANY, in an amount determined at trial, with interest from the date of filing and its costs incurred by bringing this action.

## COUNT III
SUPPLEMENTAL RELIEF – BAD FAITH DENIAL OF COVERAGE

1-25.	As paragraphs 1-25 of this Count III, Legacy repeats and realleges paragraphs 1-25 of Count II this Petition, as though fully set forth herein.

26.	The intent of the Policy issued by BMIC, was to provide the peace of mind to Legacy that, should the Subject Property be damaged or destroyed by any of the insured events described in the Policy, including windstorm or hail, Legacy would be made whole by BMIC.

27.	Throughout the Claim process, BMIC has employed one or more unfair claim settlement practices.

28.	Further, BMIC has—without reasonable justification—failed to provide Legacy the benefits of the Policy, as outlined herein.

29.	BMIC's unfair claim settlement practices and unreasonable denial of coverage constitutes bad faith, which was done in willful and wanton disregard of Legacy's rights, and entitles Legacy to an award of punitive damages.

30.	Legacy has been damaged by BMIC's foregoing bad faith conduct in an amount to be determined at trial.

WHEREFORE, the Petitioner, LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation, respectfully prays for a judgment in its favor and against the Defendant, BROTHERHOOD MUTUAL INSURANCE COMPANY, in an amount determined at trial, plus punitive damages, interest from the date of filing, costs, attorney fees and any further relief this Court deems appropriate.

## JURY DEMAND

NOW COMES Petitioner, LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation, by and through its attorneys, CALIFF & HARPER, P.C., pursuant to Iowa R. Civ. P. 1.902, and hereby demands a trial by jury of all claims subject to trial before a jury.

                        LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation, Petitioner

By:   /s/ Keisha N. Douglas
       Keisha N. Douglas
For:   CALIFF & HARPER, P.C.

Keisha N. Douglas
ICIS No. AT0013256
CALIFF & HARPER, P.C.
1515 5th Avenue, Suite 700
Moline, Illinois 61265
Telephone: (309) 764-8300
Email: kdouglas@califf.com

knd.doc.1619

E-FILED  2023 JAN 31 11:29 AM SCOTT - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation, )<br>)<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>BROTHERHOOD MUTUAL INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No.<br><br>ORIGINAL NOTICE |

TO THE DEFENDANT: BROTHERHOOD MUTUAL INSURANCE COMPANY, c/o MICHEL J. ALLISON, Registered Agent, 6400 Brotherhood Way, Fort Wayne, IN 46825

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendants in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The names and addresses of the attorneys for the Petitioner are Califf & Harper, P.C., 1515 5th Avenue, Suite 700, Moline, Illinois 61265. The attorneys' phone number is (309) 764-8300 and facsimile number is (309) 405-1735.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 60 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Scott County, at the courthouse in Davenport, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (563) 328-4145. (If you are hearing impaired, call Relay Iowa TTY at (800) 735-2942.)

NOTE: The attorney who is expected to represent the defendant should be promptly advised by defendant of the service of this notice.

**Important**: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

knd.doc.1620

# Iowa Judicial Branch

Case No. **EQCE135837**
County **Scott**

Case Title   **LEGACY BAPTIST CHURCH V BROTHERHOOD MUTUAL INS**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

Date Issued  **01/31/2023 03:30:41 PM**



District Clerk of Court or/by Clerk's Designee of  Scott         County
**/s/ Zachary Lechvar**

**009**

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. EQCE135837<br><br>**APPEARANCE OF J. MICHAEL WESTON** |

J. Michael Weston of the law firm of Lederer Weston Craig PLC hereby enters his Appearance on behalf of Defendant, Brotherhood Mutual Insurance Company, in this matter.

**LEDERER WESTON CRAIG PLC**

By:   */s/ J. Michael Weston*
J. Michael Weston   AT0008405
118 Third Ave SE, Suite 700
Cedar Rapids, IA 52406-1927
Telephone:  (319) 365-1184
Fax:            (319) 365-1186
E-mail:  mweston@lwclawyers.com

**ATTORNEYS FOR DEFENDANT BROTHERHOOD MUTUAL INSURANCE COMPANY**

2

## CERTIFICATE OF SERVICE

I certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

  **ATTORNEYS FOR PLAINTIFF**:
  Keisha N. Douglas
  E-mail:  kdouglas@califf.com

I am not aware of any non-ECF system participants in this proceeding that require service by mail.

         */s/  J. Michael Weston*

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| LEGACY BAPTIST CHURCH, an Iowa nonprofit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. EQCE135837<br><br>**APPEARANCE OF JESSICA L. McNAMARA** |

Jessica L. McNamara of the law firm of Lederer Weston Craig PLC hereby enters her Appearance on behalf of Defendant, Brotherhood Mutual Insurance Company, in this matter.

**LEDERER WESTON CRAIG PLC**

By: */s/ Jessica L. McNamara*
Jessica L. McNamara    AT0013092
4401 Westown Parkway, Suite 212
West Des Moines, IA  50266
Telephone:  (515) 224-3911
Fax:            (515) 224-2698
E-mail:  jmcnamara@lwclawyers.com

**ATTORNEYS FOR DEFENDANT BROTHERHOOD MUTUAL INSURANCE COMPANY**

Case 3:23-cv-00013-SHL-SBJ   Document 1-3   Filed 03/03/23   Page 13 of 16
E-FILED  2023 FEB 23 9:17 AM SCOTT - CLERK OF DISTRICT COURT

2

## CERTIFICATE OF SERVICE

I certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

**ATTORNEYS FOR PLAINTIFF**:
Keisha N. Douglas
E-mail:  kdouglas@califf.com

I am not aware of any non-ECF system participants in this proceeding that require service by mail.

*/s/  Jessica L. McNamara*

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| LEGACY BAPTIST CHURCH<br><br>　　　Plaintiff/Petitioner,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY<br><br>　　　Defendant/Respondent. | Case No: 07821  EQCE135837<br><br>**NOTICE OF CIVIL<br>TRIAL-SETTING CONFERENCE** |

To the parties or their attorneys of record:

In accordance with Iowa Rule of Civil Procedure 1.906, notice is hereby given that a **Trial Scheduling Conference is scheduled on 04/10/2023 at 3:15 PM  at the Scott County Courthouse 400 W 4th St, Davenport, IA 52801.**  *This date shall be no earlier than 35 days after and not later than 50 days after any Defendant/Respondent has answered or appeared unless set sooner by special order on application of one or more parties.*

Attorneys for all parties appearing in the case shall participate in this conference telephonically. Any party not represented by an attorney shall also participate telephonically**. The trial-setting conference will be held by telephone with the conference call to be initiated by counsel for the Plaintiff/Petitioner.** If the Plaintiff/Petitioner is not represented by counsel or after all parties have been connected to the call, Court Administration shall be contacted by calling (563) 326-8742.

At this trial-setting conference, every case will be set for trial within the time periods provided by Iowa Court Rules Chapter 23, Time Standards for Case Processing.

Prior to the trial-setting conference, the parties <u>must</u> file a Trial Scheduling and Discovery Plan, Iowa Court Rule 23.5-Form 2 (Form 3 for Expedited Civil Actions) unless exempt under Iowa Rule of Civil Procedure 1.507(1). ***FAMILY LAW CASES ARE EXEMPT FROM FILING THE TRIAL SCHEDULING AND DISCOVERY PLAN.***

The trial date that is agreed upon at this conference shall be a firm date. Continuances will not be granted, even if all parties agree, unless for a crucial cause that could not have been foreseen.

Dated this 1st day of March, 2023.

The Clerk of Court shall notify all counsel of record and parties not represented by counsel.

***NOTICE: When visiting the Scott County Courthouse, no weapons, cell phones, cameras, or any electronic devices that are capable of recording or taking pictures are permitted.***

E-FILED        EQCE135837 - 2023 MAR 01 12:07 PM        SCOTT
               CLERK OF DISTRICT COURT                 Page 2 of 3

If you need assistance to participate in court due to a disability, call the disability coordinator at (563) 328-4145 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

7NCTSC

015



State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| EQCE135837 | LEGACY BAPTIST CHURCH V BROTHERHOOD MUTUAL INS |
| **Type:** | ORDER FOR TRIAL SCHEDULING CONFERENCE |

So Ordered

Henry W. Latham II, District Court Judge,
Seventh Judicial District of Iowa

Electronically signed on 2023-03-01 12:07:12